WILLIAM T. REYNOLDS et al., Appellants, *v.* WILSON S. HORTON, Respondent.

(Argued January 29, 1894; decided February 27, 1894.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 13, 1893, which affirmed an order of the county judge of Columbia county vacating an attachment issued in behalf of plaintiffs.

*Milton A. Fowler* for appellants.

*A. V. S. Cochrane* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

MARGARET COBY, Respondent, *v.* FRANK IBERT, Appellant.

(Submitted January 29, 1894; decided February 27, 1894.)

APPEAL from order of the General Term of the City Court of Brooklyn, made November 29, 1893, which affirmed an order of Special Term denying a motion to vacate admission of service of amended complaint.

*Moffett & Kramer* for appellant.

*H. G. Lansing* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.